## Arnold S. Kirkeby, Appellee, v. Avenue Hotel Corporation, Appellant.

Gen. No. 43,884.

opinion filed January 6, 1947; released for publication January 20, 1947. Thomas A. Sheehan, for appellant; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston, Floyd. E. Thompson and Allan R. Johnston, of counsel. Opinion by JUSTICE FEINBERG. Not to.be published in full.